# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 16, 2008

135375(51)

PATRICIA D. BRACKETT,
   Plaintiff-Appellee,

v

FOCUS HOPE and ACCIDENT FUND
INSURANCE COMPANY OF AMERICA,
   Defendants-Appellants.
_____

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135375
COA: 274078
WCAC: 04-000165

   On Order of the Chief Justice, the motion by Michigan Association for Justice for leave to file a brief *amicus curiae* is considered and it is GRANTED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 16, 2008

Clerk